UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

N.H., AS MOTHER AND NATURAL GUARDIAN OF K.G., and N.H. INDIVIDUALLY,

          *Plaintiff*,

-against-

CITY OF NEW YORK, and NEW YORK CITY DEPARTMENT OF EDUCATION,

          *Defendants*.

22-CV-07434 (ALC)

**ORDER OF DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   April 26, 2023
          New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**